

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| FGMS Holdings, LLC, | | No. 08-16-00219-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| City of El Paso, | | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2011TX177) |

# **O R D E R**

On September 9, 2016 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On September 26, 2016 Appellee filed a response which this Court construed as a motion to reconsider the order for mediation referral. The Court finds Appellee's motion persuasive and therefore, GRANTS Appellee's motion to reconsider.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is now due in this Court on or before November 11, 2016. If no Reporter's Record will be filed for this appeal then the Appellant's brief shall be due in this Court thirty days after the Clerk's Record is filed.

IT IS SO ORDERED this 12th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.